# CRIMINAL CAUSE FOR PLEADING

BEFORE:  **MAGISTRATE JUDGE LEVY**      DATE: **October 17, 2023**

__23__ CR __343__                **United States v. Howell**

DEFENDANT: __THOMAS HOWELL__
  __X__ present ___ not present   ___ cust.   __X__ bail

DEFENSE COUNSEL: **Faith A. Friedman, Gerald B. Lefcourt**
  __X__ present ___ not present   __X__ CJA   ___ RET   ___ FD

AUSA: __John Enright__        CLERK: __Allison Marculitis__

INTERPRETER: __(Language: )__

START / END TIME: __1:11 p.m. – 1:42 p.m.__   (Court Reporter: Avery Armstrong)

__X__ CASE CALLED          ___ DEFT'S FIRST APPEARANCE
DEFT: __X__ SWORN   ___ ARRAIGNED   __X__ INFORMED OF RIGHTS

- __X__ WAIVER OF INDICTMENT FILED
- __X__ INFORMATION FILED
- __X__ DEFT. ENTER GUILTY PLEA TO THE INFORMATION
- ___ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT SIX OF THE INDICTMENT
- __X__ COURT FINDS FACTUAL BASIS FOR THE PLEA
- ___ SENTENCING SET AT A LATER DATE
- __X__ SENTENCING TO BE SET BY PROBATION
- ___ BAIL: ___ SET __X__ CONT'D FOR DEFT.   ___ CONT'D IN CUSTODY
- ___ CASE ADJOURNED TO _____ AT
- __X__ TRANSCRIPT ORDERED: copies requested to be emailed to the courtroom deputy of Judge Block.

**OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. Judge Levy recommends that the plea of guilty to the Information be accepted.**